IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO._____ |
| v. | : | DATE FILED:_____ |
| CRAIG ALEX LEVIN,<br>a/k/a "Alex Loring" | :<br>:<br>:<br>: | VIOLATIONS:<br>18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in sexual activity – 1 count)<br>18 U.S.C. § 2423(b) (foreign travel to engage in illicit sexual conduct with a minor - 1 count)<br>Notice of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

From in or about April 2018 to on or about May 24, 2019, in the Eastern District of Pennsylvania, the Philippines and elsewhere, defendant

**CRAIG ALEX LEVIN,**
a/k/a "Alex Loring,"

used a facility and means of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice and coerce Child #3, a minor who had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, that is, trafficking and attempted trafficking of a minor, in violation of Title 18, United States Code, Sections 1591 and 1594.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 7, 2018, in the Eastern District of Pennsylvania, the Philippines and elsewhere, defendant

**CRAIG ALEX LEVIN,**
a/k/a "Alex Loring,"

a United States citizen, traveled in foreign commerce, that is, from the United States to the Phillipines, for the purpose of engaging in illicit sexual conduct with Child #3, a minor under the age of 18 years, in violation of Title 18, United States Code, Chapter 109A, and Sections 1591 and 2251.

In violation of Title 18, United States Code, Sections 2423(b), (e), and (f).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

    1.    As a result of the violations of Title 18, United States Code, Sections 2422(b), and 2423(b), as set forth in this indictment, defendant

**CRAIG ALEX LEVIN,**
a/k/a "Alex Loring,"

shall forfeit to the United States of America:

    (a)    any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

    (b)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

    (c)    any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

    (1)    laptop computers, and

    (2)    cellular telephones.

    2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428, incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2428.

_____
**FOREPERSON**

*Penni Wolf for*
**WILLIAM M. McSWAIN**
*United States Attorney*