IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT                    19-728

**DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:  615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia             County: Philadelphia

City and State of Defendant:  King of Prussia, Pennsylvania

County: Montgomery            Register number: n/a

Place of accident, incident, or transaction:  Eastern District of Pennsylvania

Post Office: King of Prussia          County: Montgomery

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".
Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No

Case Number: N/A              Judge: N/A

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES): 18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in sexual activity – 1 count); 18 U.S.C. § 2423(b) (foreign travel to engage in illicit sexual conduct with a minor - 1 count); Notice of forfeiture

DATE: 12/19/19

_____
Daniel A. Velez
Assistant United States Attorney

File No. 2019R00497
*U.S. v. Craig Alex Levin, a/k/a "Alex Loring"*