```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
CRAIG ALEX LEVIN                :        NO. 19-728
```

## ORDER

AND NOW, this   13th   day of May, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant, Craig Alex Levin, to dismiss the indictment is DENIED.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
                                                                          J.