IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CRAIG ALEX LEVIN | : | NO. 19-728 |

ORDER

AND NOW, this 19th day of December 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Craig Alex Levin to withdraw his guilty plea is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.