IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CRAIG ALEX LEVIN | : | NO. 19-728 |

ORDER

AND NOW, this 28th day of February 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Craig Alex Levin to withdraw his guilty plea (Doc. #128) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.