I have dedicated my life to the public good. In 1975, Gerald Ford signed P.L. 94-142, which guaranteed a free pubic education for all students. That law forced public school districts throughout the country to create classes for learning disabled and emotionally disturbed students. Upon graduation from Penn State University at the age of 21, I was hired by the Charles County, Maryland school district to create and teach a special education class for Lackey High School in Indian Head, Maryland. That class consisted of students who were performing poorly in school and were certified by a School Psychiatrist as having a Learning Disability or Emotional Disturbance. The class i created from scratch was used as a model for the other four high schools in the district. Besides teaching the four core subjects, a work program was part of the curriculum. Some of my students were placed in a job in the community. Following are my accomplishments in the schools that i taught in my 30 years of teaching:

1977-1979  Lackey High School, Indian Head, Maryland
High School special education teacher
Head Tennis Coach for boys and girls
Assistant Track Coach for boys
President of the Council for Exceptional Children
Special Olympics coordinator- Charles County, Maryland
Volunteered at a suicide hot line, Pomfret, Maryland

1980-1984  Kauai High and Intermediate School, Lihue, Hawaii
High School special education teacher
Department Chairman of the special education department
Head Cross- Country Coach for boys and girl
Advisor for Future Homemakers of America
Advisor for the Hiking club
Volunteer at a shelter in Wailua, Hawaii

1984-1987  Castle High School, Kaneohe, Hawaii
High School special education teacher
Department Chairman of the special education department
Head Cross Country Coach for boys and girls
Advisor for Junior Exchange Club

1987-1988  Bala Cynwyd Middle School  Bala Cynwyd, PA
Middle School special education teacher
Head Softball Coach at Harriton High School

1988-2000  Harriton High School  Rosemont, PA
High School special education teacher
Department Chairman of the special education department
Head Coach for Boys Swimming Team
Head Coach of the Boys and Girls Cross Country team
Head Coach of the Boys and Girls Tennis Team
Head Coach of Boys Double State Champions- 2000
Advisor for the Yearbook
Advisor for the class of "96"
Member of the Coaches 'Wall of Fame'
Union representative for the teachers association

2000-2008 Lower Merion High School  Ardmore, PA
High School special education teacher
Assistant Cross Country team for boys and girls

**Exhibit A**

2010 - Hired as an Enumerator for the Federal Census-Norristown, PA - Montgomery County, PA
Promoted to Supervisor
In addition taught two classes a week, teaching newly hired enumerators how to conduct a proper census.

In my teaching career I had excellent teacher evaluations and excellent references which enabled to be hired at Lower Merion Schools, a highly desired school district to teach. When hired at Lower Merion Schools in 1987, I had nine years of teaching experience and beat out 200 applicants for the position.

Travel and Family

After high school graduation, my best friend Steve Dannin a future dentist (practice in Bucks County) and I traveled to Europe for one month. We were 17 years old. We visited England, Scotland and the Netherlands. During the summer of 1978, my friend Michael Pomerantz was working for the Peace Corps In Liberia in West Africa. I used my summer vacation to visit him. For six weeks i stayed in Liberia touring the country visiting many of the Peace Corps volunteers. After moving to Hawaii i decided to use my Christmas vacations to visit different Asian countries. Living in Hawaii meant that i was much closer to Asia and subsequently visited South Korea, Cambodia, Japan and the Philippines. In 1984, I met my first wife Analiza Zerna. We met in Cebu when i was on vacation. She came to the United States on a finance visa and we married in Hawaii on December 11, 1986. We were married for seven years and had two sons. Jared was born on November 2, 1987 and Brett on December 31, 1991.

Analiza and I divorced and I took full custody of our children. The divorce was amicable. We found a divorce lawyer in the phone book who agreed to represent both of us. Analiza is currently a U.S. citizen living in Memphis, TN. In 1994, i met my second wife in Cebu, Emmariz Acedo. She was working as a clerk at a large department store. We married on March 2, 1995 in Norristown, PA. We raised our children from my first marriage. Today my sons remain close to both of their mothers. Emmariz also became an American citizen and now works and lives in Las Vegas, Nevada. We were married for 24 years.

I am extremely proud of both of my sons. The eldest Jared is 34 and lives in Los Angeles, CA. At night he does comedy at the local comedy clubs. He acts and has done some commercials. A few years back my wife and I saw him perform at the famous Comedy Store in Hollywood. During the day he surfs and works as a private surf instructor. My youngest son Brett age 30, lives in the area. He works at a Tea store in the King of Prussia Mall. Brett and I have always lived together. Presently he is living alone in Bridgeport, PA. When i get out of prison, we plan to live together. Both sons are doing great. They have many friends, are well adjusted and contributing members of society. My sons and ex wife are fully supportive of me. All three will be at my sentencing hearing.

I have three close friends, all professional and supportive. All three will be attending my sentencing hearing. Dr. Bruce Kerensky is a dentist in South Jersey. He lives in Marlton. My other close friends are Marv Ostroff a public accountant and Darryl Levin, a therapist. Darryl and I are not related.