ENGLISH TRANSLATION OF LETTER OF SUGAR N. DAQUIADO

3/22/22

I am Sugar N. Daquiado. Craig and I met last 2015 on Facebook. First we were on chat then we met. I invited him to join in a networking back then – the name of the company was Allience. We were always together for good times and eating out at restaurants. There was nothing I noticed bad about Craig because he was formal. He was just like a groupmate. He would go to our place back then and just converse with my parents and sibling. I never thought he was a bad guy and he never insisted on doing anything if you didn't want to do it. Occasionally, we would go together to the Casino, the three of us – my neighbor, Craig and I. Sometimes, when he would win, he would share the winnings with us.

Over time, Craig developed feelings for me and confided that he liked me. He was dating me then at whichever restaurants we would go just us but he never touched me. He never invited to have sex. He just kissed me on the cheek and held my hand while walking.

One time I ignored him. It was the time of my intramurals and we were practicing. He came over unexpectedly and brought flowers and chocolates. I accepted it but I did not pay him attention but he kept continuing to court me until the intramurals arrived. He went over with my sibling. I did not pay him any attention because I wanted him to stop courting me. A week after he came over to our place because he wanted to see me. He actually cried in front of me even though my parents were there. I felt pity for him but I could not handle it. I was being bullied at school at that time and that is why I stayed away from him. Even though we separated, the communication continued with my sister of the type of "Hi, how are you" and asking if we were OK.

He is a really kind person. There is nothing more I can say because Craig's personality towards us was OK. He is polite so I was surprised when I suddenly saw the news about him because it does not seem to be true. Maybe someone tried to extort money from Craig. That is all I can say.

/s/

Sugar N. Daquiado

ID: Bureau of Internal Revenue / Tax ID – signed/photo ID. [equivalent of US SSS card]

**Exhibit B**

VENUSTA DAQUIADO TRANSLATION

March 22, 2022

I am Venusta N. Daquiado, 44 years of age, residing at 94-D Spolarium Street, Duljo Fatima Cebu City.

I met Mr. Craig Levin back in 2015. He is a friend of my eldest child Sugar. Craig Levin frequently visited us 5-6 times. Sometimes, he would give notice to me that he would watch a movie and go sightseeing with Sugar. For my husband and I, we had no problem with Craig because he was a trustworthy and kind person. Craig provided us with much assistance back on December 1, 2016 when we lost everything to fire and we were unable to save any clothes or personal items, etc. Craig was the very first person who lent assistance to us and said that we should call him if there is anything we needed. There was a time, before he left for the US, when he asked us what we would like as gifts upon his return to the Philippines and he invited us to eat out.

In the approximately one year that we knew Craig, we became close at heart to him and we made him godfather of my youngest child. He even went along to the church even though he is of a different religion.

Whenever there would be an occasion to celebrate, we would invite Craig and he would bring food, cake if he knew there was a birthday at our place. He did not drink beer or alcohol or softdrinks and he did not smoke. He just wanted ice water.

Craig is polite, helpful and friendly. He is not exploitative. He is easy to approach and one call and he is there.

/s/

Venusta N. Daquiado

ID Philhealth – signed w/ photo [this is the Philippine version of Medicare]

## Declaration of Rene M. Kahn

I, Rene M. Kahn, declare that I have personal knowledge of the matters stated herein and, if required to do so, I could and would competently testify thereto:

1. I was retained by Richard Maurer, Esq. to perform Philippine field investigation services in the case of U.S. v. Carl Levin (the "Case").
2. During the course of my engagement in the Case, Atty. Maurer instructed me to locate and interview potential character witnesses by the names of Venusta Naveres Daquiado and Sugar Daquiado in Cebu City, Philippines.
3. I made telephonic contact with Venusta Daquiado on March 22, 2022. After introducing myself and my role in the case, I asked Venusta Daquiado if she would be willing to provide character information regarding Mr. Carl Levin.
4. On that same March 22, 2022 phone call, Venusta Daquiado agreed to provide a written statement regarding her knowledge of, and experience with, Mr. Carl Levin. Venusta Daquiado and I agreed that I would pick up the written statement from her the next day.
5. On March 23, 2022, I personally traveled to see Venusta Daquiado in Barangay Duljo, Fatima, Cebu City, Philippines. Upon meeting Venusta Daquiado, I handed her my business card and re-introduced myself.
6. At the March 23, 2022 meeting, Venusta Daquiado handed me three (3) handwritten letters from herself and her two daughters, Sugar and Honey Daquiado. Each letter was signed and stapled to a copy of the government ID of each respective author.
7. True and correct copies of each letter I received from Venusta Daquiado on March 23, 2022 are attached hereto as Exhibit 1 (Venusta Daquiado), 2 (Sugar Daquiado) and 3 (Honey Daquiado).
8. The letters written by Venusta Daquiado and Sugar Daquiado were written in Tagalog – a widely spoken Filipino dialect. The letter written by Honey Daquiado was in English.
9. I translated the letters of Venusta Daquiado and Honey Daquiado from Tagalog to English.
10. I declare that the Tagalog - English translations of the letters of Venusta and Sugar Daquiado, attached hereto as Exhibits 4 and 5, respectively, are true and correct translations from Tagalog to English, of the letters I received from Venusta Daquiado on March 23, 2022.
11. I lived in the Philippines from 1968 - 1984 whereupon my family migrated to the U.S. I returned to the Philippines in 2007 and, since 2011, have resided permanently in the Philippines in the Metro Manila area.
12. I studied in the Philippines from first grade to senior year high school. Tagalog, along with English, was the language of instruction while I was a grade school and high school student in the Philippines and I developed proficiency in written and spoken Tagalog while a student.
13. While living in the U.S., I frequently spoke Tagalog because I lived with household and family members with whom I frequently communicated in Tagalog.
14. At the current time, I continue to speak, read, and write in Tagalog on a daily basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    Executed on March 28, 2022 at Las Pinas City, Metro Manila, Philippines.

Luis A Ortiz
121 S Broad ST 18FL
Philadelphia 19107
215-858-378M

RENE M. KAHN