## Craig Levin support letter 1

Jared Levin <jzlevin@gmail.com>
Wed 3/29/2023 11:25 AM
To: paralegal@jackmcmahonlaw.com <paralegal@jackmcmahonlaw.com>

Honorable Judge Harvey Bartle III
United States District Court
Judicial Chambers Room 16614
601 Market Street
Philadelphia, PA  19106-1752

To: Honorable Judge Harvey Bartle III
From: Merci Benites

   My name is Merci Benites.  I am a friend of Craig Levin's ex wife Emmariz Markowitz.   I am writing to you because I was working in Cebu, Philippines when Craig got arrested.  I witnessed the prison conditions first hand that Craig had to endure from his arrest on May 24, 2019.
   I first met Craig in 1993 when he started dating my best friend Emmariz.   Craig Levin was a loving and caring friend.  I was happy when he married my closest friend.  Craig was always a good character person who was a good husband to Emmariz.  When Craig was arrested illegally by the Filipino police I was the one who visited him and brought him food.  For the first three weeks of his arrest he was sleeping in a crowded, dirty jail which had no furniture of any kind.   No beds, chairs, nothing but a cement floor.  He only had a piece of cardboard to sleep on.  He was the only foreigner in  the jail.  No food was served  so I had to bring him food for him to eat, but I could not come more then once a day because I was working and had other responsibilities.  Some days I could not come.  On those days he had to beg for food from the other inmates or he did not eat.  I tried to bring him food as often as possible but it was hard to give him more then one meal a day.
  The conditions were not good, for example there was no toilet, only a hole in the ground, certainly no shower.  The jail cell which consisted of one room for all the inmates was dirty, crowded, hot and noisy.  Craig was granted cash bail, which was eventually paid but it took four weeks to raise the money from his friends and family in the United States.  After three weeks he was transferred to the permanent  jail which was very far for me to travel.  That jail was even worse.  They did serve food but it was barely edible.  When  I did visit him and saw him I cried.  It was a sad place, no person should be living in such horrible conditions.
   The prison had no running water so inmates had to defalcate in a plastic bag.  Inmates were flogged by other inmates if even minor rules were broken.  There were feral cats roaming the facility.  All of the inmates were half naked from the tropical heat.  It looked and felt like a concentration camp.  The prosecutor admitted that the charges were false by granting bail, since no bail was allowed on his charges.  I was the one who paid the cash bail which was sent to me by his ex  wife.  When the charges were dismissed I had the bail money returned.
   I am so sorry to hear that Craig is still in jail in the United States.  Please consider all he has endured since his arrest in May 2019.  I have known Craig for a long time.  He is a good person.  I heard he plead guilty which surprised us here in the Philippines.  We don't know

Exhibit C

American law but his actions here were always lawful. I can not come to the United States for his sentencing but I fully support him. For that manner he has the full support from everybody who has known him. Nobody wants him to stay in jail. Feel free to call me, my number is

## Craig Levin support letter 2

Jared Levin <jzlevin@gmail.com>
Wed 3/29/2023 11:31 AM
To: paralegal@jackmcmahonlaw.com <paralegal@jackmcmahonlaw.com>


Honorable Judge Harvey Bartle III
United States District Court
Judicial Chambers Room 16614
601 Market Street
Philadelphia, PA   19106-1752

To: Honorable Judge Harvey Bartle III
From: Noel  Acedo
Subject: Craig Levin

My name is Noel Acedo.  I am writing to you about Craig Levin.  My sister Emmariz was married to Craig for 24 years.  About two times a year Craig stays at our house in Maasin, Leyte, Philippines.   Leyte is the next island from Cebu, about a eight hour ferry ride.  He usually stays here about three to five weeks at a time.  Our house includes my extended family; my parents, my wife, and son and daughter.

   Craig is a wonderful person.  He has been part of our family since he met my sister over 30 years ago.  We love having him stay at our house.  Since meeting Craig over those 30 years, our family has come to respect him for he has always been respectful to us and has treated my sister with the best care.

   When he was arrested in Cebu, I was willing to put up our house here in Leyte to help raise the cash money for his bail.  Anybody who knows him or interacted with him can say a bad word about him.  He is kind hearted, even tempered and a caring and considerate person.

   Unfortunately I don't have the money to come to the United States, so I am unable to come to his sentencing.  Hopefully this letter will show how much our family cares about him.  Craig has already paid a severe penalty, there is no reason to extend his time in jail.  Please release him as soon as possible.  My parents are elderly and are hoping to see him before they pass. You can contact me if you have any questions.  My cell number is 9323120641.

Thanks

Noel Acedo

Fwd: Craig Levin Support letter 3

Jared Levin <jzlevin@gmail.com>
Wed 3/29/2023 11:32 AM
To: paralegal@jackmcmahonlaw.com <paralegal@jackmcmahonlaw.com>


---------- Forwarded message ---------
From: **Jared Levin** <jzlevin@gmail.com>
Date: Wed, Mar 29, 2023 at 8:30 AM
Subject: Craig Levin Support letter 3
To: <paralegal@jackmcmahohnlaw.com>


Honorable Judge Harvey Bartle III
United States District Court
Judicial Chambers Room 16614
601 Market Street
Philadelphia, PA  19106-1752

To: Honorable Judge Harvey Bartle III
From: Emmariz Markowitz
Subject: Craig Levin

   My name is Emmariz Markowitz.  Craig Levin and I were married for 24 years.  I am writing this so you can understand what kind of person Craig Levin is.  I met Craig when I was 20 years old in 1993.  He was 3 and a single father of two children ages 2 and 6.  When we met I was working as a clerk in a department store in Cebu, Philippines.  He was a high school teacher.  We met when he was on his spring vacation.  He was shopping at the store where I was working and came up to me and asked me out.  We started a relationship and fell in love.  I came to the United States on a fiancee visa and were married on March 2, 1995 in the courthouse in Norristown, PA.

 Craig had full custody of his two sons from his first marriage.  We instantly had a great chemistry and the two boys treated me like their birth mother.  Craig wanted me to be independent so he immediately taught me to drive and after I received my drivers license, we bought a car so I could start working.

 I lacked confidence when I arrived in the United States but Craig was always super supportive and this support helped my self esteem in my new country.  I had gone to college for two years in the Philippines,but my first job was delivering pizza for Domino's Pizza.  Craig was always encouraging me and this helped in my career.  He encouraged me to become a United States citizen and I am now a proud American.  Presently I am the manager of the food and beverage department for the Tropicana Hotel/Casino in Las Vegas, Nevada.

Craig and I were married for 24 years. We divorced in February, 2019, but to this day we remain close. My family loves him, as we spent many days staying with them in their home in Leyte, Philippines.

Your honor, I know my husband made some mistakes but he is a good man. People that know him remain loyal to him because the truth is he a good person who has suffered much during his incarceration. He endured terrible conditions in three different Filipino prisons. I know him better then anyone, having been married to him for 24 years. I know his character and met many of his students who appreciated his dedication to the teaching profession. One thing I can tell you for sure is that he will never be in front of a Judge again. The community has his full support which includes his former students, his sons, brother and many friends. We believe in him and are hoping he can be released as soon as possible, for there is no downside to his release. He has already been punished severely. Please show compassion, examine his record of public service and consider a sentence of time served. Our younger son Brett, lives in Montgomery County alone in a two bedroom apartment and is waiting for his father to live with him. If you have any questions please feel free to call me at 701 712-1443. I will be flying in from Las Vegas so that I can attend his sentencing hearing in person.

Sincerely,
Emmariz Markowitz

**Fwd: Craig Levin supports letter 4**

Jared Levin <jzlevin@gmail.com>
Wed 3/29/2023 11:36 AM
To: paralegal@jackmcmahonlaw.com <paralegal@jackmcmahonlaw.com>

Honorable Judge Harvey Bartle III
United States District Court
Judicial Chambers Room 16619
601 Market Street
Philadelphia, PA  19106-1752

Dear Judge Harvey Bartle III

    Hi this is Brett Levin.  I am 31 years old and the youngest son of Craig Levin.  My birth mother and my father were divorced when I was an infant.  My brother and I stayed with my father full time.  My father was a dedicated parent who re married when I was two years old.  My father always had full custody of my brother and me.  To this day I remain close to my father.
    After my father retired from teaching, he moved to the Philippines.  When he would come back to the United States, he stayed in our KIng of Prussia house.  The reason he did not sell the house was because I needed a place to live.  I moved into the master bedroom of our three bedroom house and rented the other two bedrooms to my friends.  When my father  would come to the United States he would stay and sleep in the living room.
    My dad was always supportive of me.  He is easy to talk to.  We both enjoy sports, especially the local Philly teams.  We were fortunate to attend together the Phillies World Series decisive win in 2008.  My father is a sensitive, caring person.  He has never smoked or drank.  He cares deeply about people.  This compassion is evidenced by his chosen profession, a teacher for special needs students, specifically students who are emotional disturbed, autistic, and learning disabled.  Throughout his career as an educator he was involved in organizing Special Olympics.  In addition he was a Head Varsity Coach of various sports.  His achievements in coaching led to his induction to the coaches "Wall of Fame" at Harriton High School in Lower Merion School District.  I feel fortunate to have him as my father.  Of all the people who know him, I never knew one single person who ever said a negative word about him, that includes his many students who he coached and taught who have reached out to him thanking him for being a positive role model in their lives.  In a matter of fact, my father is known for his kindness.  That is not just me expressing that, but anybody who has met him in both the Philippines and the United States will agree
    At age 65, my father started collecting his social security benefits.  I think its important to point out that if he is sentenced beyond the time he has served, he losses his monthly check while in jail, approximately 2,000/month.  It doesn't make sense that the government takes away this benefit, since  money was deducted from his pay checks his entire working life, but  apparently that is the law.  Every month my father helps me with my rent, giving me 600.00 dollars a month from his social security check.  Any sentence beyond time served will be a lost of his social security

benefits. That will be devastating to us.

When deciding his sentence, please consider his life contributions in public service and his role as a dedicated dad to both my brother and I. In your career as a Judge I am sure you have sentenced many hundreds of people, but I doubt you ever sentenced a person with such an exemplary background, and public service record that my father has. In addition his four years in jail have been insufferable. I am particularly referring to the conditions he has endured in Filipino prisons.

Our family supports him fully, we are eagerly waiting for his release. When that day happens he will live with me in the apartment I rent in Bridgeport, PA. Thank you Judge Bartle.

## Craig Levin support letter 5

Jared Levin <jzlevin@gmail.com>
Wed 3/29/2023 11:39 AM
To: paralegal@jackmcmahonlaw.com <paralegal@jackmcmahonlaw.com>

Honorable Judge Harvey Bartle III
United States District Court
Judicial Chambers Room 16614
601 Market Street
Philadelphia, PA  19106-1752

To: Judge Harvey Bartle III
From: Jared Levin
Subject: Craig Levin

Dear Judge Harvey Bartle III,

  My name is Jared Levin, 35 years old and one of two sons of Craig Levin.   One thing I want to tell you is that my father was always there for me and my brother Brett.  We are a close knit family, my father is a dedicated parent.  When I was about six years old my parents divorced but my life was not disrupted.  In matter of fact, my brother and I lived in the same house, raised by my father.  He soon re married and my new mother and my father gave my brother and I an excellent childhood.

  To this day my brother and I are close to  both mothers.  My father made sure that we treated our birth mother with respect, even though we are closer to Emmariz, the mother who raised us, along with my father. I give credit to my father and feel that he was crucial to my development and the reason I am successful in life.  I work as a comedian at night and teach surfing by day here in Los Angeles where I live.  I talk to my dad by phone on a daily basis.  When he went before you for his first withdraw of plea hearing in December, I flew to Philadelphia just to attend the hearing.  My  brother and I were both at the hearing along with three of my father's friends.  My mom was going to attend, but she had Co-Vid and had to stay in Las Vegas where she lives.

  If anybody deserves a 2nd chance its my father.  He spent his entire life helping other people.   He was an excellent and popular educator and coach for many years.  My father cared deeply about making life better for his vulnerable students, as students were placed in his classes who had special  needs.  After his retirement his public service did not stop.  For the 2010 census he worked as a Supervisor for the Census in Montgomery County.  The time he has spent incarcerated has been horrible.  The Filipino prisons he endured were dirty and unpleasant, and in 2022 he had a terrible prison accident fracturing seven ribs.   There is little doubt that he has already been punished severely in his four years of jail.  The recently elected Senator from Pennsylvania stated

"we should not be a society about vengeance, we should be a society about redemption."  My father turned down and rejected a 10 year plea agreement in your courtroom on two separate occasions.  At 67 years old, 10 years is a life sentence for many Americans.   Upon his release there is no doubt he will be a model citizen.  Please take all these factors into consideration when deciding his sentence.

 My brother is waiting for him to be released, they will live together in Montgomery County, PA  where my brother has a two bedroom apartment and lives alone.  I hope you show the same compassion and empathy that my dad has given to thousands of his students during his long teaching career