IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CRAIG ALEX LEVIN | : | NO. 19-728 |

<u>ORDER</u>

AND NOW, this 10th day of February 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The "written objection to garnishment" of defendant Craig Alex Levin (Doc. # 180) is properly construed as a motion relating to the remainder of his pension after garnishment and is DENIED as moot; and

(2)  The motion of defendant "for relief to stop payment and to quash the courts garnishment order" dated December 28, 2024 (Doc. # 184) is properly construed as a motion relating to the remainder of his pension after garnishment and is DENIED as moot.

BY THE COURT:


/s/  Harvey Bartle III
                                                J.