IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CRAIG ALEX LEVIN | : | NO. 19-728 |

ORDER

AND NOW, this 4th day of August, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Craig Alex Levin for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 189) is DENIED.

BY THE COURT:


/s/  Harvey Bartle III
                                         J.