IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| CRAIG ALEX LEVIN | : | NO. 19-728 |

ORDER

AND NOW, this 23rd day of September 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Craig Alex Levin under 28 U.S.C. § 2255 (Doc. # 208) is DENIED; and

(2) no certificate of Appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
J.